### In the Interest of M.L.S.

#### R.S.F., Respondent,

v.

#### R.Y.S. (Natural Mother), Appellant,

and

#### R.E.O. (Deceased Putative Natural Father) and John Doe (Unknown Natural Father), Defendants.

#### No. WD 60247.

Missouri Court of Appeals, Western District.

Feb. 5, 2002.

James A. Waits, Kansas City, MO, Attorney for Respondent.

John E. McKay, Kansas City, MO, Attorney for Appellant.

A. Renae Adamson, Kansas City, MO, Attorney for Guardian ad litem.

Before ELLIS, P.J., and EDWIN H. SMITH and HOWARD, JJ.

### Order

### In the Interest of K.H., N.S., and N.S., Plaintiff; Juvenile Officer, Department of Social Services, Division of Family Services, Respondent,

v.

#### C.S. (Natural Mother) and L.S. (Natural Father), Appellants,

#### D.H. (Natural Father), Defendant.

#### No. WD 60182.

Missouri Court of Appeals, Western District.

Feb. 5, 2002.

Cyril M. Hendricks, Jefferson City, MO, Attorney for Appellant, C.S.

Curtis G. Hanrahan, Jefferson City, MO, Attorney for Appellant L.S.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS NEWTON and RONALD HOLLIGER, J.J.

### ORDER

PER CURIAM.

This is an appeal from a judgment terminating the parental rights of both parents, C.S. and L.S., to two of their children, Nicolas S. (born October 7, 1990), and Nathan S. (born January 11, 1993). Mother also appeals the termination of her parental rights to a female, K.H. (born October 7, 1988). The natural father of K.H. (not L.S.) consented to termination of his parental rights and adoption and is not part of this appeal. The judgment is affirmed. Rule 84.16(b).